**WO**                                                                                                           JDN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rodrick Lynn Johnson, | No. CV 06-0296-PHX-SMM (JRI) |
| Plaintiff, | **ORDER FOR PAYMENT** |
| vs. | **OF REMAINING BALANCE** |
| | **OF INMATE FILING FEE** |
| Joseph Arpaio, | |
| Defendant. | |

**TO: ARIZONA DEP'T OF CORRECTIONS DIRECTOR DORA B. SCHRIRO.**

Plaintiff Rodrick Lynn Johnson, #122284, presently confined in the Arizona State Prison Complex in Yuma, Arizona, has been assessed a filing fee of $250.00 for this action pursuant to 28 U.S.C. § 1915(b)(1). An Order to collect the filing fee was previously issued to the Maricopa County Sheriff. See Order (Doc. #4). Plaintiff has notified the Court of his transfer to the custody of the Arizona Department of Corrections (Doc. #7). At this time, only $33.04 has been collected. Therefore, the Director of the ADOC or her designee is now required to incrementally collect the $216.96 balance of the fee from Plaintiff's inmate trust account.

**IT IS ORDERED that:**

(1) **The reference to the Magistrate Judge is withdrawn as pertains to the filing fee**.

1    (2) The Director of the Arizona Department of Corrections or her designee must
2 forward to the Clerk of Court the $216.96 balance of the filing fee, by collecting monthly
3 payments from Plaintiff's trust account in an amount equal to 20 percent of the preceding
4 month's income, each time the amount in the account exceeds $10.00. The payments must
5 be clearly identified by the name and number assigned to this action.

6    (3) The Director of the Arizona Department of Corrections or her designee must
7 notify the Clerk of the Court in writing when Plaintiff is released or transferred to a
8 correctional institution other than the Arizona Department of Corrections, so new billing
9 arrangements may be made to collect any outstanding balance.

10    (4) The Clerk of the Court must serve by mail a copy of this Order on the Director
11 of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

12    (5) The Clerk of the Court must serve by mail a copy of this Order on Michael
13 Brodsky, Office of the Arizona Attorney General, 1275 West Washington, Phoenix, Arizona,
14 85007.

15    DATED this 27th day of July, 2006.

_____
Stephen M. McNamee
United States District Judge

- 2 -